**2006–1853. Fisher v. Hasenjager.**
Mercer App. No. 10–05–14, 2006-Ohio-4190. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed September 27, 2006:

"Is a change in the designation of residential parent and legal custodian of children a 'term' of a court approved shared parenting decree, allowing the designation to be modified solely on a finding that the modification is in the best interest of the children pursuant to R.C. 3109.04(E)(2)(b) and without a determination that a 'change in circumstances' has occurred pursuant to R.C. 3109.04(E)(1)(a)?"

The conflict cases are *Schoettle v. Bering* (Apr. 22, 1996), Brown App. No. CA95–07–011, and *Fisher v. Campbell* (June 23, 1997), Butler App. No. CA96–11–248.

Sua sponte, cause consolidated with 2006–1815, *Fisher v. Hasenjager*, Mercer App. No. 10–05–14, 2006-Ohio-4190.